# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CHRISTOPHER A. SHOLLY,

    Plaintiff,

v.                                                                               Case No.: 3:15cv306/MCR/CJK

MASTER INSULATION, INC.,

    Defendant.

_____/

## **PLAINTIFF'S RESPONSES TO DEFENDANT'S AFFIRMATIVE DEFENSES**

COMES NOW the plaintiff, Christopher A. Sholly, by and through his undersigned counsel, and hereby responds to the affirmative defenses asserted by defendant, Master Insulation, Inc., as follows:

### **First Affirmative Defense**

Denied.

### **Second Affirmative Defense**

Denied.

### **Third Affirmative Defense**

Admitted, but denied that this constitutes an affirmative defense.

### **Fourth Affirmative Defense**

Denied.

### Fifth Affirmative Defense

Denied.

### Sixth Affirmative Defense

Denied.

### Seventh Affirmative Defense

Denied.

### Eighth Affirmative Defense

Denied.

### Ninth Affirmative Defense

Denied.

### Tenth Affirmative Defense

Denied.

### Eleventh Affirmative Defense

Denied.

### Twelfth Affirmative Defense

Denied.

### Thirteenth Affirmative Defense

Denied.

Respectfully submitted,

s/Bradley S. Odom
Bradley S. Odom, Esq.
Florida Bar Number:  932868
Richard D. Barlow, Esq.
Florida Bar Number:  0425176
ODOM & BARLOW, P.A.
1800 North "E" Street
Pensacola, Florida  32501
(850) 434-3527
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Joseph Passeretti, Esq.,Emmanuel, Sheppard & Condon,30 South Spring Street, Pensacola, Florida 32502, via electronic submission, on this 6th day of August, 2015.

s/Bradley S. Odom