UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER A. SHOLLY

      Plaintiff,

vs.                     CASE NO.: 3:15-cv-00306-MCR/CJK

MASTER INSULATION, INC.,

      Defendant.

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, Master Insulation, Inc. (hereinafter referred to as "Defendant"), by and through its undersigned attorneys, and files this disclosure statement with the Clerk of the Court as required by Federal Rule of Civil Procedure 7.1 and certifies the following:

1. Defendant is a for profit corporation organized under the laws of the State of Florida with its principal place of business in Pensacola, Florida.

2. Defendant does not issue publicly traded stock.

Respectfully submitted.

                                        EMMANUEL, SHEPPARD & CONDON

                                        */s/ Joseph Passeretti*
                                        Joseph Passeretti
                                        Florida Bar No. 860751
                                        30 South Spring Street
                                        Pensacola, FL  32502
                                        jap@esclaw.com; jal@esclaw.com;
                                        cfv@esclaw.com
                                        Tel.:  (850) 433-6581; Fax:  (850) 434-5856
                                        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st of August, 2015, a true and correct copy of the foregoing *Corporate Disclosure Statement* was electronically filed with the Clerk of Court using CM/ECF, which will send electronic notice to:

Bradley S. Odom
Richard D. Barlow
Odom & Barlow, PA
1800 North E Street
Pensacola, FL 3251
*Counsel for Plaintiff*

                                                      */s/ Joseph Passeretti*
                                                    Joseph Passeretti
                                                    Florida Bar No. 860751