**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

CHRISTOPHER A. SHOLLY,

     Plaintiff,

v.                              Case No.: 3:15cv306/MCR/CJK

MASTER INSULATION, INC.,

     Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING SUMMARY OF ATTORNEY'S HOURS

     Plaintiff, Christopher A. Sholly, hereby gives notice of filing of attorney's fee records under seal which, for the period inclusive of July 1, 2015 to August 31, 2015, is as follows:

            TOTAL ATTORNEY HOURS THIS FILING:     11.40

            TOTAL NON-ATTORNEY HOURS THIS FILING:     .00

                            Respectfully submitted,

                            s/Bradley S. Odom
                            Bradley S. Odom (932868)
                            Richard D. Barlow (0425176)
                            ODOM & BARLOW, P.A.
                            1800 North "E" Street
                            Pensacola, Florida  32501
                            (850) 434-3527
                            Attorneys for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Joseph Passeretti, Esq., Emmanuel, Sheppard & Condon, 30 South Spring Street, Pensacola, Florida 32502, via electronic submission, on this <u>15th</u> day of September, 2015.

s/Bradley S. Odom