UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER A. SHOLLY

    Plaintiff,

vs.                             CASE NO.: 3:15-cv-00306-MCR/CJK

MASTER INSULATION, INC.,

    Defendant.
_____

## DEFENDANT'S NOTICE OF FILING ATTORNEYS' TIME SUMMARY JULY 22, 2015 THROUGH AUGUST 31, 2015

COMES NOW Defendant Master Insulation, Inc., by and through the undersigned counsel, and pursuant to Northern District of Florida Local Rule 54.1(B), file this summary time record for work performed by Defendant's counsel July 22, 2015 through August 31, 2015.

WHEREFORE, Defendant states the following:

I. **Work Performed July 22, 2015 through August 31, 2015 by the law firm of Emmanuel, Sheppard & Condon:**

        TOTAL ATTORNEY HOURS THIS FILING:         7.1

        TOTAL NON-ATTORNEY HOURS THIS FILING:    0.3

Counsel for Defendant has filed electronically under seal with the Court complete, separate, and accurate records of the above-referenced time, recorded to the nearest one-tenth of an hour.

Dated this 15th day of September, 2015.

EMMANUEL, SHEPPARD & CONDON

_/s/ Joseph Passeretti_
Joseph Passeretti
Florida Bar No. 860751
30 South Spring Street
Pensacola, FL 32502
jap@esclaw.com; jal@esclaw.com; cfv@esclaw.com
Tel.: (850) 433-6581; Fax: (850) 434-5856
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of September, 2015, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send electronic notice to all parties of record.

_/s/ Joseph Passeretti_
Joseph Passeretti
Florida Bar No. 860751